manded for further consideration in light of *Burns* v. *Reed*, 500 U. S. 478 (1991).

No. 90–8219. RICHARD ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Melkonyan* v. *Sullivan*, 501 U. S. 89 (1991).

No. 91–162. INABA ET AL. *v.* SOONG ET AL. Sup. Ct. Haw. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Siegert* v. *Gilley*, 500 U. S. 226 (1991).

No. —– ––—. ALESSI *v.* PENNSYLVANIA ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. —– ––—. BURKE *v.* BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. Motion to direct the Clerk to docket an appeal from the United States District Court for the District of New Jersey denied.

No. —– ––—. DAVID *v.* AT&T ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. —– ––—. IN RE J. S. Motion for leave to file petition for writ of certiorari under seal, or alternatively with portions deleted, denied.

No. —– ––—. LAWRENCE *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. —– ––—. IN RE APPLICATION OF SHAPIRO FOR READMISSION TO THE BAR OF THIS COURT. Application for readmission to the Bar of this Court, presented to JUSTICE SCALIA, and by him referred to the Court, denied. [For earlier order herein, see, *e. g.*, 469 U. S. 978.]